

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV 08-2252 MISC VRW

James R Atwood,                            ORDER

    State Bar No 88404

    The court has received a letter from James R Atwood advising the court that he has retired from the practice of law and resigned from the California State Bar, effective October 1, 2008.

    The court now orders James R Atwood removed from the roll of attorneys authorized to practice before this court.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge